UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JACKIE HERNANDEZ,                )<br>                                                       )<br>             Plaintiff,                       )<br>                                                       )<br>       v.                                          )       CAUSE NO. 2:07-CV-279-TLS<br>                                                       )<br>U.S. MARSHAL SERVICE, *et al.*,  )<br>                                                       )<br>             Defendants.                   ) | |

OPINION AND ORDER

This case is before the Court on Plaintiff Jackie Hernandez's Motion for Appointment of Counsel [DE 20], filed on November 15, 2007.

> When confronted with a request under § 1915(e)(1) for pro bono counsel, the district court is to make the following inquiries: (1) has the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so; and if so, (2) given the difficulty of the case, does the plaintiff appear competent to litigate it himself?

*Pruitt v. Mote*, 503 F.3d 647, 654 (7th Cir. 2007) (en banc). Hernandez does not state that he has tried to obtain counsel on his own. Accordingly, the Court must deny this motion. *See Jackson v. County of McLean*, 953 F.2d 1070, 1073 (7th Cir. 1992); *Castor v. United States*, 883 F. Supp. 344, 346 (S.D. Ind. 1995) (holding that court must deny "out of hand" a request for counsel made without a reasonable effort to secure counsel). The Plaintiff may renew his motion upon making a showing of such diligence.

SO ORDERED this 15th day of January, 2008.

                                                                    s/ Paul R. Cherry
                                                                    MAGISTRATE JUDGE PAUL R. CHERRY
                                                                    UNITED STATES DISTRICT COURT

cc:  All counsel of record